# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | | |
| Reginald Rutledge | } | **Case No: 10-71998-CMS13** |
| SSN: XXX-XX-5718 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER WITHDRAWING

This matter came before the Court on Tuesday, April 19, 2011 09:00 AM, for a hearing on the following:

   RE: Doc #31; Trustee's Motion to Dismiss Case as Plan is no longer feasible

Proper notice of the hearing was given and appearances were made by the following:

   C David Cottingham, Trustee
   Rod Cameron Shirley, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

   THE TRUSTEE'S MOTION TO DISMISS DEBTOR'S CHAPTER 13 CASE IS WITHDRAWN.

Dated: 04/22/2011             /s/ C. MICHAEL STILSON
                                                      C. MICHAEL STILSON
                                                      United States Bankruptcy Judge