# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

Reginald Rutledge } **Case No: 10-71998-CMS13**
SSN: XXX-XX-5718 }
  DEBTOR(S). }
  }
  }

## ORDER APPROVING MODIFICATION OF A CONFIRMED PLAN

This matter came before the Court on Tuesday, April 19, 2011 09:00 AM, for a hearing on the following:

  RE: Doc #34; Debtor's Motion to Modify Plan to Reduce Percentage Paid to Unsecured Creditors from 12% to 6%

Proper notice of the hearing was given and appearances were made by the following:

  C David Cottingham, Trustee
  Rod Cameron Shirley, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

THE DEBTOR'S MOTION TO MODIFY PLAN IS GRANTED. THE SECURED CLAIMS SHALL BE PAID 100%, AND THE DEBTOR'S PLAN SHALL BE AMENDED TO PAY UNSECURED CREDITORS 6% IN FULL SATISFACTION OF THE ORIGINAL AMOUNTS OF THE TIMELY FILED UNSECURED CLAIMS (OR AMOUNT PAID, WHICHEVER IS GREATER); THAT THE COURT DETERMINES PURSUANT TO SECTION 1325(a)(4) THAT THE VALUE, AS OF THE EFFECTIVE DATE OF THE PLAN, OF THE PROPERTY TO BE DISTRIBUTED UNDER THIS PLAN ON ACCOUNT OF SUCH TIMELY FILED UNSECURED CLAIMS IS NOT LESS THAN THE AMOUNT THAT WOULD BE PAID ON SUCH CLAIMS IF THE ESTATE OF THE DEBTOR WAS LIQUIDATED UNDER CHAPTER 7 OF THE BANKRUPTCY CODE.

Dated: 04/22/2011

/s/ C. MICHAEL STILSON
C. MICHAEL STILSON
United States Bankruptcy Judge